IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.   Criminal Action No. 2:20cr90

JAQUATE SIMPSON, et al.,
        Defendants.

## ORDER

This matter comes before the Court on the parties' various post-trial motions. On August 25, 2023, the Court held a hearing on these motions. For the reasons stated from the bench, the Court ORDERS as follows:

1. The Court GRANTS the motion to adopt, (ECF No. 556), filed by the defendant, Nelson Evans.

2. The Court GRANTS the motion to adopt, (ECF No. 560), filed by the defendant, Jaquate Simpson.

3. The Court DENIES the motion for acquittal, (ECF No. 554), filed by the defendant, Nelson Evans.

4. The Court DENIES the motion for acquittal, (ECF No. 555), filed by the defendant, Kalub Shipman.

5. The Court DENIES the motion for acquittal, (ECF No. 558), filed by the defendant, Landis Jackson.

6. The Court DENIES the motion to merge Counts Seven and Eight of the Superseding Indictment, (ECF No. 555), filed by the defendant, Kalub Shipman.[1]

---

[1] The defendant, Landis Jackson, asserts that "[f]or the reasons articulated in Mr. Shipman's motion to dismiss Count Seven for Multiplicity . . . [Counts Seven and Eight] should

6. The Court WITHHOLDS ruling on the motion to merge Counts One and Three of the Superseding Indictment, (ECF No. 559), filed by the defendant, Landis Jackson. The Court will rule on this motion at the defendant's sentencing hearing.

7. The Court WITHHOLDS ruling on the motion to merge Counts Two and Four of the Superseding Indictment, (ECF No. 559), filed by the defendant, Landis Jackson. The Court will rule on this motion at the defendant's sentencing hearing.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 5 October 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

---

now be merged." (ECF No. 559, at 2.) The Court construes this statement as a motion to adopt Shipman's motion and GRANTS the motion to adopt. (ECF No. 559.)